UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-MJ-1043-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSHUA S. GINN | ) | |

This matter comes now before this Court on motion of the United States to amend the judgment imposed in this case on August 26, 2015, pursuant to Federal Rule of Criminal Procedure 35(a) to include, as a term of the defendant's probation, that the defendant be prohibited from entering National Park Service property during the term of probation. Defendant requests, without opposition from the government, that the judgment be amended to reflect that defendant is permitted to engage in commercial fishing operations on National Park Service property during his term of probation.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to amend the judgment in this case to include, as a term of defendant's probation, that defendant be prohibited from entering National Park Service property with the limited exception that he be permitted to engage in commercial fishing operations on National Park Service property during his term

of probation.

So ORDERED, this _2_ day of _September_, 2015.

_____
HON. TERRENCE W. BOYLE
United States District Judge